1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALVON SURRELL, SR.,                    No.  2:20-cv-00368-TLN-CKD P

12                  Plaintiff,

13         v.                                ORDER

14    CDCR SECRETARY OF OPERATIONS,
      et al.,
15
                     Defendants.
16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18    action filed pursuant to 42 U.S.C. § 1983.  On June 12, 2020 the court screened plaintiff's

19    complaint and gave him twenty-one days to file a notice of election indicating whether he wanted

20    to proceed on the Eighth and First Amendment claims against defendant Burton or whether he

21    wanted time to file an amended complaint to fix the remaining deficiencies identified in the

22    screening order.  ECF No. 16.  To date, plaintiff has not returned the notice of election.  However,

23    he has filed other notices along with a change of address.  As a result of plaintiff's change of

24    address and the potential lack of access to his legal materials necessitated therefrom, the court

25    will reset the deadline for filing the notice of election in this case.

26         Accordingly, IT IS HEREBY ORDERED that:

27         1.  Plaintiff has the option to proceed immediately on the Eighth and First Amendment

28    claims against defendant Burton or plaintiff may choose to amend the complaint to fix the

                                          1

1    deficiencies identified in this order with respect to the remaining claims.

2         2.  Within 30 days from the date of this order, plaintiff shall complete and return the

3    attached Notice of Election form notifying the court whether he wants to proceed on the screened

4    complaint or whether he wants time to file a first amended complaint.

5         3.  If plaintiff fails to return the attached Notice of Election within the time provided, the

6    court will construe this failure as consent to dismiss the deficient claims with prejudice and

7    proceed only on the cognizable claims identified above.

8         4.  The Clerk of Court is directed to resend a copy of the June 12, 2020 screening order

9    (ECF No. 16) to plaintiff.

10   Dated:  July 21, 2020

11                                        _____
                                          CAROLYN K. DELANEY
12                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18   12/surr0368.2ndnotice.docx

19

20

21

22

23

24

25

26

27

28

                                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVON SURRELL, SR.,

     Plaintiff,

v.

CDCR SECRETARY OF OPERATIONS, et al.,

     Defendants.

No.  2:20-cv-00368-TLN-CKD

NOTICE OF ELECTION

    Check **only one** option:

_____ Plaintiff wants to proceed immediately on the Eighth and First Amendment claims against defendant Burton.  Plaintiff voluntarily dismisses the remaining claims; or,

_____ Plaintiff wants time to file a first amended complaint.

DATED:

                                _____
                                  Plaintiff