UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVON SURRELL, SR., | No. 2:20-cv-00368-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| CDCR SECRETARY OF OPERATIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 12, 2020 the court screened plaintiff's complaint and gave him twenty-one days to file a notice of election to indicate whether he wanted to proceed on the Eighth and First Amendment claims against defendant Burton or whether he wanted time to file an amended complaint to fix the remaining deficiencies identified in the screening order. ECF No. 16. Plaintiff has filed the notice of election form on two separate occasions indicating that he wants to proceed on the complaint as screened and that he wants time to file an amended complaint. ECF Nos. 23-24. The court is unable to determine how plaintiff wants to proceed in this matter. Plaintiff will be given one last opportunity to file ONE AND ONLY ONE notice of election form attached to this order.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Plaintiff has the option to: 1) proceed immediately on the Eighth and First Amendment claims against defendant Burton; **OR**, 2) amend the complaint to fix the deficiencies identified in this order with respect to the remaining claims.

3    2. Within 30 days from the date of this order, plaintiff shall complete and return the attached Notice of Election form after checking ONLY ONE OF THE OPTIONS PROVIDED ON THE FORM.

4    3. If plaintiff fails to return the attached Notice of Election within the time provided, the court will construe this failure as consent to dismiss the deficient claims with prejudice and proceed only on the claims found cognizable in the court's June 12, 2020 screening order.

Dated:  August 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/surr0368.2ndnotice.docx

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVON SURRELL, SR., <br><br>          Plaintiff, <br><br> v. <br><br> CDCR SECRETARY OF OPERATIONS, et al., <br><br>          Defendants. | No. 2:20-cv-00368-TLN-CKD <br><br> NOTICE OF ELECTION |

**Check only one option**:

\_\_\_\_\_ Plaintiff wants to proceed immediately on the Eighth and First Amendment claims against defendant Burton.  Plaintiff voluntarily dismisses the remaining claims; **or**,

\_\_\_\_\_ Plaintiff wants time to file a first amended complaint.

DATED:

_____
                                                                         Plaintiff

3