UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVON SURRELL, SR.,<br><br>  Plaintiff,<br><br>  v.<br><br>CDCR SECRETARY OF OPERATIONS, et al.,<br><br>  Defendants. | No. 2:20-cv-00368-TLN-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is plaintiff's motion to modify the discovery and scheduling order governing this case. ECF No. 94. A review of the docket indicates that the court granted the parties' request to modify the discovery and scheduling order on October 1, 2021. ECF No. 91. In that order, the discovery cut-off date was extended to November 2, 2021 and the pretrial motions deadline was changed to January 31, 2022. ECF No. 91. Before that discovery deadline had passed, plaintiff filed a further motion to modify the deadlines in this case. The time for defendant to file a response to this motion has passed and no opposition has been filed. In the motion, plaintiff seeks to modify the scheduling order by an additional 60 days due to the confiscation of his legal work and "stack of discovery requests and notes he had been working on…." ECF No. 94 at 3. For good cause shown, the court will grant plaintiff's motion and further modify the discovery and scheduling order in this case.

1

Plaintiff has also filed a request for a stay of proceedings for the purpose of conducting another settlement conference in this case. ECF No. 95. Within 14 days from the date of this order, counsel for defendant shall file a response to plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the discovery and scheduling order (ECF No. 94) is granted.

2. The discovery cut-off date is extended to January 3, 2022. The pretrial motions deadline is extended to March 31, 2022. All other provisions of the court's May 3, 2021 Discovery and Scheduling Order remain in effect.

3. Defense counsel shall file a response to plaintiff's request for a stay and further settlement conference within 14 days from the date of this order.

Dated: December 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/surr0368.36.dso.docx

2