UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVON SURRELL, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR SECRETARY OF OPERATIONS, et al.,<br><br>    Defendants. | No.  2:20-cv-00368-TLN-CKD P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the Findings and Recommendations issued on November 9, 2022.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 134) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve any objections.

Dated:  December 20, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/surr0368.36.objs.docx